IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                            4:14-CR-00035-01-BRW

JOSHUA J. TORRES

## ORDER

The United States' unopposed Motion to Dismiss Information (Doc. No. 10) is GRANTED.  Accordingly, this case is DISMISSED.

IT IS SO ORDERED this 3rd day of April, 2014.


                            /s/Billy Roy Wilson
                        UNITED STATES DISTRICT JUDGE